HATCH v. WALKUP, BALDWIN & CO., Inc. (Supreme Court, Appellate Division, First Department. November 22, 1912.) Action by Edward W. Hatch, trustee, against Walkup, Baldwin & Co., Incorporated. No opinion. Motion granted, with $10 costs, unless appellant comply with terms stated in order. Order filed.

HAUBOLD, Respondent, v. HAUBOLD, Appellant. (Supreme Court, Appellate Division, First Department. December 6, 1912.) Action by Ann E. Haubold against Harman A. Haubold. Geo. C. Basch, of New York City, for appellant. E. L. Mooney, of New York City, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

HAUSER, Appellant, v. TOWN OF ROOT, Respondent. (Supreme Court, Appellate Division, Third Department. November 13, 1912.) Action by Caroline Hauser, as administratrix, etc., of Daniel Hauser, deceased, against the Town of Root. No opinion. Judgment and order unanimously affirmed, with costs.

HAWES v. HAWES. (Supreme Court, Appellate Division, First Department. December 13, 1912.) Action by Elmer E. Hawes against Isabelle B. Hawes. No opinion. Motion denied, with $10 costs, on the ground that this court will not proceed until the stay contained in the order of the United States District Court is vacated. Order filed. See, also, 136 N. Y. Supp. 1137.

HAYWARD, Respondent, v. SPENCER, Appellant. (Supreme Court, Appellate Division, First Department. November 29, 1912.) Action by William Hayward against William T. Spencer. B. C. Loder, of New York City, for appellant. C. I. Engel, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

HEALY, Respondent, v. RICHMOND LIGHT & R. CO., Appellant. (Supreme Court, Appellate Division, First Department. December 20, 1912.) Action by Maurice E. Healy against the Richmond Light & Railroad Company. W. H. Wadhams, of New York City, for appellant. L. Steckler, of New York City, for respondent.

PER CURIAM. Judgment and order reversed, and new trial ordered, costs to appellant to abide event, on the ground that the finding of the jury that the plaintiff was free from contributory negligence was against the weight of the evidence. Settle order on notice.

HEANEY, Respondent, v. O'BRIEN REALTY CO., Appellant. (Supreme Court, Appellate Division, Second Department. December 30, 1912.) Action by James A. Heaney against the O'Brien Realty Company. No opinion. Judgment affirmed, with costs.

HEIDE v. MULINOS et al. (Supreme Court, Appellate Division, First Department. November 29, 1912.) Action by Henry Heide against Lambros Mulinos, impleaded with others. No opinion. Application granted. Order signed.

HEISER, Respondent, v. CINCINNATI ABATTOIR CO., Appellant. (Supreme Court, Appellate Division, First Department. December 27, 1912.) Action by Rudolph Heiser against the Cincinnati Abattoir Company. F. V. Johnson, of New York City, for appellant. H. G. K. Heath, of New York City, for respondent.

PER CURIAM. Judgment and order affirmed, with costs. Order filed. See, also, 145 App. Div. 921, 130 N. Y. Supp. 1115.

LAUGHLIN, J., dissents.

In re HELDMAN'S ESTATE. (Supreme Court, Appellate Division, Fourth Department. November 13, 1912.) In the matter of the estate of George Heldman, deceased. No opinion. Order made June 27, 1912, affirmed, with $10 costs and disbursements, to be paid by appellant personally. See, also, 138 N. Y. Supp. 59.

HELM, Appellant, v. DAY et al., Respondents. (Supreme Court, Appellate Division, Third Department. November 13, 1912.) Action by William J. Helm against Michael J. Day, as Commissioner of Public Safety of the City of Watervliet, and another. No opinion. Order (134 N. Y. Supp. 770) affirmed, with $10 costs and disbursements.

HELMER, Appellant, v. AMES et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. November 13, 1912.) Action by Emma E. Helmer against Charles Ames and others. No opinion. Judgment affirmed, with costs.

HENRY PHIPPS ESTATES, Respondent, v. LONG et al., Appellants. (Supreme Court, Appellate Division, First Department. December 20, 1912.) Action by the Henry Phipps Estates against Tong P. Long and others. W. C. White, of New York City, for appellants. G. S. Ludlow, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

HERVEY, Appellant, v. LEAVITT, Respondent, et al. (Supreme Court, Appellate Division, Second Department. December 30, 1912.) Action by Joseph L. Hervey against Alvin B. Leavitt and others. No opinion. Order affirmed, with $10 costs and disbursements.

H. E. TAYLOR & CO. v. FITZPATRICK. (Supreme Court, Appellate Division, First Department. November 15, 1912.) Action by H.